PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| LARRY JAMES FROMM, | ) | |
| | ) | CASE NO.  1:23-CV-01292 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendant. | ) | |

Having filed its Sentence-Four Remand Order, the Court hereby vacates the decision of Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, and remands the case to the Commissioner for further proceedings and a new decision.

This Judgment Entry constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.


IT IS SO ORDERED.


August 31, 2023                                          /s/ Benita Y. Pearson
Date                                                                Benita Y. Pearson
                                                                        United States District Judge